**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of __Delaware__
(State)

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1. Debtor's name** | General Wireless Operations Inc. dba RadioShack | |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | RadioShack | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 47 - 3388040 | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 300   RadioShack Circle<br>Number   Street | Number   Street |
| | P.O. Box |
| Fort Worth   Texas   76102-1964<br>City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Tarrant<br>County | Number   Street |
| | City   State   ZIP Code |

**5. Debtor's website (URL)**   www.radioshack.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  General Wireless Operations Inc.                              Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101 (51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply:*

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   4431

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply:*
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201 A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No
- [ ] Yes.  District _____ When __/__/____ Case number _____
           District _____ When __/__/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- [ ] No
- [x] Yes.  Debtor  See attached Schedule 1     Relationship  Affiliates
           District Delaware                   When  03/08/2017
           Case number, if known _____

Official Form 201
#42985573 v1

Voluntary Petition for Non-Individuals Filing for Bankruptcy                        page 2

Debtor  General Wireless Operations Inc.                                          Case number (if known) _____
        Name

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number    Street

_____
City                          State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49              ☒ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99             ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000            ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☒ $100,000,001-$500 million    ☐ More than $50 billion

Debtor   General Wireless Operations Inc.                    Case number (if known) _____
         Name

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [x] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/08/2017
             MM / DD / YYYY

X _____          Bradford Tobin
  Signature of authorized representative of debtor    Printed name

Title   SVP, General Counsel

**18. Signature of attorney**

X _____   Date  03/08/2017
  Signature of attorney for debtor         MM / DD / YYYY

David M. Fournier
Printed name

Pepper Hamilton LLP
Firm name

1313       N. Market Street, Suite 5100
Number     Street

Wilmington                                 DE           19801
City                                       State        ZIP Code

302.777.6500                               fournierd@pepperlaw.com
Contact phone                              Email address

2812                                       DE
Bar number                                 State

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GENERAL WIRELESS OPERATIONS INC.<br>DBA RADIOSHACK et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-_____ (___)<br><br>Joint Administration Requested |

## SCHEDULE 1 TO PETITION

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of the Bankruptcy Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

General Wireless Operations Inc. dba RadioShack

General Wireless Holdings Inc.

General Wireless Inc.

General Wireless Customer Service Inc.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: General Wireless Operations Inc. dba RadioShack (8040); General Wireless Holdings Inc. (4262); General Wireless Inc. (9245); General Wireless Customer Service Inc. (5813). The notice address for all of the Debtors is: 300 RadioShack Circle, Fort Worth, TX 76102-1964.

#42985553 v1

# GENERAL WIRELESS OPERATIONS INC.

## WRITTEN CONSENT OF SOLE DIRECTOR

March 7, 2017

The undersigned, being the sole member of the Board of Directors (the "Board") of General Wireless Operations Inc., a Delaware corporation (the "Company"), in accordance with the General Corporation Law of the State of Delaware (the "DGCL"), does hereby consent in writing to the adoption of the following resolutions:

**WHEREAS**, the Board has reviewed and considered the materials presented by the management of the Company and the Company's advisors regarding the Company's liabilities and liquidity situation; and

**WHEREAS**, the Board has consulted with the Company's management and advisors and has considered fully each of the strategic alternatives available to the Company; and

**WHEREAS**, in the Board's judgment, it is desirable and in the best interests of the Company, its creditors, stockholders, employees, and other interested parties that the Company file a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

**NOW, THEREFORE, BE IT RESOLVED,** that each of Dene Rogers, Robert Lavan, Bradford Tobin, or any officer of the Company (each, an "Authorized Officer," and, collectively, the "Authorized Officers") be, and hereby is, authorized and directed in the name and on behalf of the Company to execute and verify a voluntary petition to commence proceedings under chapter 11 of the Bankruptcy Code and to cause the same to be filed in any district at such time and venue as the Authorized Officer executing said petition shall determine;

**RESOLVED, FURTHER,** that each of the Company and the Authorized Officers be, and hereby are, authorized and directed to execute and verify a voluntary petition to commence proceedings under chapter 11 of the Bankruptcy Code for the Company, and to cause the same to be filed in any district at such time and venue as the Authorized Officer executing said petition shall determine;

**RESOLVED, FURTHER,** that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Jones Day as general bankruptcy co-counsel to represent and assist the Company in carrying out its respective duties under the Bankruptcy Code and related matters, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and to cause to be filed an appropriate application for authority to retain the services of Jones Day;

#42986163 v2

**RESOLVED, FURTHER,** that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Pepper Hamilton LLP as general bankruptcy co-counsel to represent and assist the Company in carrying out its respective duties under the Bankruptcy Code and related matters, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and to cause to be filed an appropriate application for authority to retain the services of Pepper Hamilton LLP;

**RESOLVED, FURTHER,** that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm of Loughlin Management Partners & Company, Inc. as financial advisor to represent and assist the Company in carrying out its respective duties under the Bankruptcy Code and related matters, and to take any and all actions to advance the Company's rights and obligation; and in connection therewith, each of the Authorized Officers be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and to cause to be filed an appropriate application for authority to retain the services of Loughlin Management Partners & Company, Inc.;

**RESOLVED, FURTHER,** that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm of Prime Clerk LLC as claims and noticing agent for the Company to assist the Company in carrying out its respective duties under the Bankruptcy Code and related matters; and in connection therewith, each of the Authorized Officers be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and to cause to be filed an appropriate application for authority to retain the services of Prime Clerk LLC;

**RESOLVED FURTHER,** that each of the Authorized Officers be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code and related matters; and in connection therewith, each of the Authorized Officers be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

**RESOLVED FURTHER,** that each of the Authorized Officers be, and hereby is, authorized and directed, in the name and on behalf of the Company, to execute all petitions, schedules, motions, lists, applications, pleadings, and other papers or documents, and to take any and all such other and further actions which such Authorized Officer or the Company's legal counsel may deem necessary, proper, or desirable in connection with the case under chapter 11 of the Bankruptcy Code, with a view to the successful prosecution of such case;

**RESOLVED FURTHER,** that each of the Authorized Officers be, and hereby is, authorized and directed, in the name and on behalf of the Company, to take such actions and to

make, sign, execute, acknowledge, and deliver any and all such additional documents, agreements, affidavits, applications for approvals or rulings of governmental or regulatory authorities, motions, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may be reasonably required to give effect to the foregoing resolutions and to consummate the transactions contemplated by the foregoing resolutions, to execute and deliver such instruments, and to fully perform the terms and provisions thereof; and

**RESOLVED FURTHER,** that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by an Authorized Officer on behalf of the Company, such actions are hereby ratified and confirmed in their entirety.

This Written Consent of Sole Director may be executed either by manual or electronic signature or a facsimile version of a manual or electronic signature and shall be filed with the minutes of the meetings of the Board and shall be treated for all purposes as action taken at a meeting of the Board.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent of Sole Director as of the day and year first written above.

**BOARD OF DIRECTORS OF
GENERAL WIRELESS OPERATIONS INC.**

_____
Robert Lavan, Sole Director

**Fill in this information to identify the case:**

Debtor name: General Wireless Operations Inc. DBA RadioShack et al.

United States Bankruptcy Court for the: District of Delaware

Case number (if known): _____

☐ Check if this is an amended filing

Official From 204    12/15

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed* | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or | Unsecured Claim |
| 1 | Sprint Prepaid<br>Attn President and General Counsel<br>10 Independence Blvd<br>Warren, NJ 07059 | Sprint Prepaid Attn:<br>President and General Counsel<br>PHONE: (908) 607-4000<br>FAX: (908) 607-4822<br>EMAIL: howard.smith@sprint.com | Prepaid Cellular Services | Unliquidated | | | Unliquidated |
| 2 | Brightstar US Inc.<br>Attn: President and General Counsel<br>850 Technology Way<br>Libertyville, IL 60048 | Brightstar US Inc. Attn:<br>President and General Counsel<br>PHONE: (847) 573-3116<br>FAX: (847) 573-1041<br>EMAIL: | Warehouse and Distribution Services | Disputed | | | $5,571,907.46 |
| 3 | ION America<br>Attn: President and General Counsel<br>513 S Lenola Rd Ste 101<br>Moorestown, NJ 08057 | ION America<br>Attn: President and General Counsel<br>PHONE: (856) 439-6473<br>FAX: (856) 439-6473<br>EMAIL: ap@ion-worldwide.com | Trade Debt | Disputed | | | $3,008,454.00 |

*The Debtors reserve all rights regarding the extent to which any of the claims listed are contingent, unliquidated or disputed, or subject to setoff, recoupment or other defenses.

#43028239 v2

Debtor: General Wireless Operations Inc. DBA RadioShack et al.

Case number (if known): _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed* | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 4  Weide Electronics Co., Ltd. Attn: President and General Counsel Luoyang Town, Boluo County Huizhou, Guangdong 516100 China | Weide Electronics Co., Ltd. Attn: President and General Counsel Jimadi Industrial Area PHONE: (86) 752-6203641 FAX: (86) 752-6203628 EMAIL: jerry@weide96.com | Trade Debt | | | | $1,794,181.20 |
| 5  Ideavillage Products Corporation Attn: President and General Counsel Wayne Plaza Ii 155 Rt 46 West Wayne, NJ 07470 | Ideavillage Products Corporation Attn: President and General Counsel PHONE: (973) 826-8412 FAX: (973) 826-8402 EMAIL: tim@ideavillage.com | Trade Debt | | | | $1,599,104.00 |
| 6  National Distribution Inc. Attn: President and General Counsel 7257 Royce Place Brooklyn, NY 11234 | National Distribution Inc. Attn: President and General Counsel PHONE: (718) 251-0096 FAX: (718) 204-5038 EMAIL: | Trade Debt | Disputed | | | $1,560,860.71 |
| 7  Expona Global Sourcing LLC Attn: President and General Counsel 600 N Carroll Ave Ste 160 Southlake, TX 76092 | Expona Global Sourcing LLC Attn: President and Expona Global Sourcing LLC Attn: President and General Counsel PHONE: (817) 442-3874 FAX: EMAIL: richard.jablonski@exponasourcing.com; sales@exponasourcing.com | International Sourcing Services | Disputed | | | $1,500,000.00 |

*The Debtors reserve all rights regarding the extent to which any of the claims listed are contingent, unliquidated or disputed, or subject to setoff, recoupment or other defenses

Debtor: General Wireless Operations Inc. DBA RadioShack et al.

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed* | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 8 | Standard General Attn: President and General Counsel 767 Fifth Avenue 12th Floor New York, NY 10153 | Standard General Attn: President and General Counsel PHONE: (212) 257-4701 FAX: (212) 257-4709 EMAIL: JMause@standgen.com | Loan | | | | $1,475,000.00 |
| 9 | Spectrum Brands Attn: President and General Counsel 2150 Schuetz Road St Louis, MO 63146 | Spectrum Brands Attn: President and General Counsel PHONE: (608) 275-3340 FAX: (314) 683-2477 EMAIL: | Trade Debt | | | | $1,420,536.93 |
| 10 | Federal Express Attn: President and General Counsel 3965 Airways, H3 Department 4634 Memphis, TN 38116 | Federal Express Attn: President and General Counsel PHONE: (800) 622-1147 FAX: (800) 548-3020 EMAIL: ftn_customercontact@ftn.fedex.com | Trade Debt | | | | $1,258,283.07 |
| 11 | Flipp Corporation Attn: President and General Counsel 12-3250 Bloor Street West East Tower, Bloor Islington Place Toronto, ON M8X 2X9 Canada | Flipp Corporation Attn: President and General Counsel PHONE: (844) 204-2900 FAX: EMAIL: accounting@flipp.com | Trade Debt | Disputed | | | $1,182,342.48 |
| 12 | Gee Partnership Holdings LLC Attn: President and General Counsel 272 Market Square Suite 206 Lake Forest, IL 60045 | Gee Partnership Holdings LLC Attn: President and General Counsel PHONE: (847) 582-0525 FAX: EMAIL: cbrown@geepartners.com | Loan | | | | $1,150,000.00 |

*The Debtors reserve all rights regarding the extent to which any of the claims listed are contingent, unliquidated or disputed, or subject to setoff, recoupment or other defenses

Official Form 204    Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims    Page 3

Debtor: General Wireless Operations Inc. DBA RadioShack et al.

Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed* | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or | Unsecured Claim |
| 13 | Tech Data Corporation<br>Attn: President and General Counsel<br>5350 Tech Data Drive<br>Clearwater, FL 33760 | Tech Data Corporation Attn: President and General Counsel<br>PHONE: (727) 539-7429<br>FAX: (727) 538-7886<br>EMAIL: deborah.hayes@techdata.com | Trade Debt | | | | $952,111.44 |
| 14 | Dongguan Tecyea Electronics Limited<br>Attn: President and General Counsel<br>No.7-1, Yinhu Road Sangyuan Industrial Park, Dongcheng<br>Dongguan, Guangdong 523000<br>China | Dongguan Tecyea Electronics Limited Attn: President and General Counsel<br>PHONE: (86) 769-21686211<br>FAX: (86) 769-21686200<br>EMAIL: skyli@tecyea.com | Trade Debt | | | | $942,345.36 |
| 15 | Master Hill Electric Wire & Cable<br>Attn: President and General Counsel<br>505 5/F, Sunbeam Center<br>27 Shing Yip St Kwun Tong, Kowloon<br>Hong Kong | Master Hill Electric Wire & Cable Attn: President and General Counsel<br>PHONE: (852) 2389-1681; (852) 23891395<br>FAX: (852) 2763-9851, (852) 23416237<br>EMAIL: lisa@maxcable.com; maxcable@globalsources.com | Trade Debt | | | | $928,906.97 |
| 16 | Federal Warranty Service<br>Attn: President and General Counsel<br>260 Interstate North Circle Se<br>Atlanta, GA 30339 | Federal Warranty Service Attn: President and General Counsel<br>PHONE: (770) 763-2721<br>FAX: (770) 859-3944<br>EMAIL: | Product Warranty and Service Plans | | | | $890,873.82 |
| 17 | Protop International Inc.<br>Attn: President and General Counsel<br>10F-8, No. 237, Sec. 1<br>Da-Tong Rd. Xizhi Dist.<br>New Taipei City, R.O.C. 22161<br>Taiwan | Protop International Inc. Attn: President and General Counsel<br>PHONE: (886) 2-29509035<br>FAX: (886) 2-29509037<br>EMAIL: sales@protop4me.com.tw; Rick@protop4me_us.com | Trade Debt | | | | $817,691.80 |

*The Debtors reserve all rights regarding the extent to which any of the claims listed are contingent, unliquidated or disputed, or subject to setoff, recoupment or other defenses

Official Form 204  Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims  Page 4

Debtor: General Wireless Operations Inc. DBA RadioShack et al.

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed* | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 18 | The Whistler Group Inc. Attn: President and General Counsel 1716 Sw Commerce Dr, Suite 8 Bentonville, AR 72712 | The Whistler Group Inc. Attn: President and General Counsel PHONE: (479) 464-3527 FAX: (479) 273-2927 EMAIL: nstanley@whistlergroup.com | Trade Debt | | | | $796,377.00 |
| 19 | Branding Brand Inc. Attn: President and General Counsel 2313 East Carson Street Pittsburg, PA 15203 | Branding Brand Inc. Attn: President and General Counsel PHONE: (412) 567-4903 FAX: (412) 202-4383 EMAIL: allen@brandingbrand.com | Website Development and Maintenance Services | Disputed | | | $763,718.92 |
| 20 | Chang Yang Electronics Company Ltd. Attn: President and General Counsel Rm. 2, 10F., No.77,Section 1 Xintai 5Th Road Xizhi City, TAIPEI COUNTY 221 Taiwan | Chang Yang Electronics Company Ltd. Attn: President and General Counsel PHONE: (886) 2-2698-8028 FAX: (886) 2-2698-8027 EMAIL: brook@chang-yang.com | Trade Debt | | | | $717,758.00 |
| 21 | TCL Technoly Electronics (Huizhou) Attn: President and General Counsel Section 37, Zhongkai Hi-Tech Development Zone Huizhou, Guangdong 516006 China | TCL Technoly Electronics (Huizhou) Attn: President and General Counsel PHONE: (86) 752-2636722 FAX: (86) 752-3331-3277 EMAIL: | Trade Debt | | | | $685,841.65 |
| 22 | Zhejiang Mustang Battery Co., Ltd. Attn: President and General Counsel No.511 Fuming Road, Ningbo Zhejiang Sheng 315000 China | Zhejiang Mustang Battery Co., Ltd. Attn: President and General Counsel PHONE: (86) 574-8659-3211 FAX: (86) 574-8659-3242 EMAIL: trade10@mustangbattery.com | Trade Debt | | | | $675,302.49 |

*The Debtors reserve all rights regarding the extent to which any of the claims listed are contingent, unliquidated or disputed, or subject to setoff, recoupment or other defenses

Official Form 204    Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims    Page 5

Debtor: General Wireless Operations Inc. DBA RadioShack et al.

Case number (if known): _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed* | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 23  Belkin International Inc. Attn: President and General Counsel 12045 E Waterfront Dr Playa Vista, CA 90094 | Belkin International Inc. Attn: President and General Counsel PHONE: (310) 751-2962 FAX: (310) 362-0397 EMAIL: daisy.vo@belkin.com | Trade Debt | | | | $601,897.59 |
| 24  Rooftop Group USA Inc. Attn: President and General Counsel 15760 West Hardy Road Suite 400 Houston, TX 77060 | Rooftop Group USA Inc. Attn: President and General Counsel PHONE: (949) 566-9573 FAX: (949) 271-3614 EMAIL: anita@rooftopbrands.com | Trade Debt | | | | $600,825.60 |
| 25  Tsay-E International Inc. Attn: President and General Counsel 6F-3 No. 333 Fu-Hsing N. Road Taipei, R.O.C. 105 Taiwan | Tsay-E International Inc. Attn: President and General Counsel PHONE: (886)-2-7139-374 FAX: (886) 2-7169-386; (886) 2-5147-125 EMAIL: tsaye@ms11.hinet.net | Trade Debt | | | | $596,409.44 |
| 26  Cheng Pu Electronic Co, Ltd. Attn: President and General Counsel No. 1146, Sec. 4, An Ming Road, Tainan, R.O.C. 709 Taiwan | Cheng Pu Electronic Co, Ltd. Attn: President and General Counsel PHONE: (886) 6-2871-577 FAX: (886) 6-2872-046 EMAIL: johnlee@chengpu.com.tw | Trade Debt | | | | $529,529.59 |
| 27  OLR America Inc. Attn: President and General Counsel 1200 Washington Ave South Ste 280 Minneapolis, MN 55415 | OLR America Inc. Attn: President and General Counsel PHONE: (612) 436-4970 FAX: (612) 436-4999 EMAIL: accounts@olrretail.com | Trade Debt | | | | $528,920.98 |

*The Debtors reserve all rights regarding the extent to which any of the claims listed are contingent, unliquidated or disputed, or subject to setoff, recoupment or other defenses

Debtor: General Wireless Operations Inc. DBA RadioShack et al.

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed* | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 28  Antennas Direct Inc. Attn: President and General Counsel 16388 Westwoods Business Park Ellisville, MO 63021 | Antennas Direct Inc. Attn: President and General Counsel PHONE: (636) 686-9054 FAX: (636) 777-2028 EMAIL: bdonnelly@antennasdirect.com | Trade Debt | | | | $519,691.64 |
| 29  Lucent Trans Electronics Co Ltd. Attn: President and General Counsel 9F-1, No 16, Chien Pah Rd Chung Ho District New Taipei City 23511 Taiwan | Lucent Trans Electronics Co Ltd. Attn: President and General Counsel PHONE: (886) 2-8226-5080 # 311 FAX: (886) 2-8226-5081 EMAIL: | Trade Debt | | | | $491,689.04 |
| 30  Superior Communications I Attn: President and General Counsel 5027 Irwindale Ave Ste 900 Baldwin Park, CA 91706 | Superior Communications I Attn: President and General Counsel PHONE: (626) 388-1809 FAX: (626) 587-8997 EMAIL: accountsreceivable@scp4me.com | Trade Debt | | | | $474,249.20 |

*The Debtors reserve all rights regarding the extent to which any of the claims listed are contingent, unliquidated or disputed, or subject to setoff, recoupment or other defenses

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GENERAL WIRELESS OPERATIONS INC. DBA RADIOSHACK.<br><br>Debtor. | Chapter 11<br><br>Case No. 17-[•] (___)<br><br>Joint Administration Requested |

## LIST OF EQUITY HOLDERS OF DEBTOR
## GENERAL WIRELESS OPERATIONS INC. DBA RADIOSHACK

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Equity Holder | Kind of Equity | Equity Ownership |
|---|---|---|
| General Wireless Holdings Inc.<br>c/o General Wireless Operations Inc.<br>300 RadioShack Circle<br>Fort Worth, TX 76102-1964 | Common Stock | 100% |

#43008173 v2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GENERAL WIRELESS OPERATIONS INC.<br>DBA RADIOSHACK et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-_____ (___)<br><br>Joint Administration Requested |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULES 1007 AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

In accordance with Rules 1007 and 7007.1 of the Federal Rules of Bankruptcy Procedure, the Debtors submit the following information:

☒ The following entity directly or indirectly owns 10% or more of any class of the above-captioned Debtor's equity interests:

    Name:      General Wireless Holdings Inc.

    Address:   300 RadioShack Circle
                  Fort Worth, TX 76102

☐ (Additional names are attached hereto)

☐ There are no entities that directly or indirectly own 10% or more of any class of the Debtor's equity interest.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: General Wireless Operations Inc. dba RadioShack (8040); General Wireless Holdings Inc. (4262); General Wireless Inc. (9245); General Wireless Customer Service Inc. (5813). The notice address for all of the Debtors is: 300 RadioShack Circle, Fort Worth, TX 76102-1964.

#42985570 v1

**Fill in this information to identify the case and this filing:**

Debtor Name  General Wireless Operations Inc.

United States Bankruptcy Court for the: _____ District of  Delaware
(State)

Case number (if known): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.



### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration   Corporate Ownership Statement
List of Equity Holders of Debtor General Wireless Operations Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/08/2017
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Bradford Tobin
Printed name

Senior Vice President, General Counsel
Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors
#42986816 v1