**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| GENERAL WIRELESS OPERATIONS INC. DBA RADIOSHACK et al.,[1] | : | Case No. 17-10506 (BLS) |
|  | : |  |
| Debtors. | : | (Joint Administration Requested) |
|  | : |  |
|  | : | **Related to Docket No. 14** |

**NOTICE OF CORRECTED EXHIBIT A TO MOTION FOR ENTRY
OF INTERIM AND FINAL ORDERS: (I) AUTHORIZING USE OF CASH COLLATERAL
AND AFFORDING ADEQUATE PROTECTION; (II) MODIFYING AUTOMATIC STAY;
AND (III) SCHEDULING FINAL HEARING, PURSUANT TO SECTIONS 105, 362, 363 AND 507
OF TITLE 11 OF THE UNITED STATES CODE, RULES 2002 AND 4001 OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE AND RULE 4001-2 OF THE LOCAL RULES FOR
THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

PLEASE TAKE NOTICE that on March 8, 2017, the above-captioned debtors and debtors in possession (the "Debtors") filed with the *Motion for Entry of Interim and Final Orders: (I) Authorizing Use of Cash Collateral and Affording Adequate Protection; (II) Modifying Automatic Stay; and (III) Scheduling Final Hearing, Pursuant to Sections 105, 362, 363 and 507 of Title 11 of the United States Code, Rules 2002 And 4001 of the Federal Rules of Bankruptcy Procedure and Rule 4001-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware* (Docket No. 14) (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that the .pdf image uploaded as Exhibit A to the Motion inadvertently included duplicate pages. Attached hereto is the correct Exhibit A to the Motion.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: General Wireless Operations Inc. dba RadioShack (8040); General Wireless Holdings Inc. (4262); General Wireless Inc. (9245); General Wireless Customer Service Inc. (5813). The notice address for all of the Debtors is: 300 RadioShack Circle, Fort Worth, TX 76102-1964.

-2-

Dated: March 9, 2017
Wilmington, Delaware

**PEPPER HAMILTON LLP**

*/s/ Michael J. Custer*
David M. Fournier (DE 2812)
Evelyn J. Meltzer (DE 4581)
Michael J. Custer (DE 4843)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Tel:  (302) 777-6500
Fax: (302) 421-8390
Email: fournierd@pepperlaw.com
　　　 meltzere@pepperlaw.com
　　　 custerm@pepperlaw.com

-and-

**JONES DAY**
Scott J. Greenberg (*pro hac vice pending*)
250 Vesey Street
New York, NY  10281-1047
Tel:  (212) 326-3939
Fax: (212) 755-7306
Email: sgreenberg@jonesday.com

Mark A. Cody (*pro hac vice pending*)
77 West Wacker
Chicago, IL  60601-1692
Tel:  (312) 782-3939
Fax: (312) 782-8585
Email: macody@jonesday.com

*Proposed Attorneys for Debtors
and Debtors-in-Possession*

#43045655 v1