## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GENERAL WIRELESS OPERATIONS INC. DBA RADIOSHACK et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-10506 (BLS)<br><br>Joint Administration Requested<br><br>Hearing Date (Interim): 3/10/17 at 10:30 a.m.<br><br>Related to Docket No. 21 |

### SUPPLEMENT TO EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING AND APPROVING THE CONDUCT OF INVENTORY LIQUIDATION, STORE CLOSING OR SIMILAR THEMED SALES, WITH SUCH SALES TO BE FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES; (II) AUTHORIZING CUSTOMARY BONUSES TO EMPLOYEES OF CLOSING BUSINESS LOCATIONS; AND (III) GRANTING RELATED RELIEF

The above-captioned Debtors and debtors-in-possession (the "Debtors"), by and through their undersigned counsel, hereby supplement their Emergency Motion For Interim And Final Orders (I) Authorizing And Approving The Conduct Of Inventory Liquidation, Store Closing Or Similar Themed Sales, With Such Sales To Be Free And Clear Of All Liens, Claims And Encumbrances; (II) Authorizing Customary Bonuses To Employees Of Closing Business Locations; And (III) Granting Related Relief (D.I. 21, the "Inventory Sale Motion") as follows:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: General Wireless Operations Inc. dba RadioShack (8040); General Wireless Holdings Inc. (4262); General Wireless Inc. (9245); General Wireless Customer Service Inc. (5813). The notice address for all of the Debtors is: 300 RadioShack Circle, Fort Worth, TX 76102-1964.

#43050564 v1

1.      Attached hereto as <u>Exhibit A</u> is a list of the First Tranche Stores as defined in the Inventory Sale Motion. The Debtors presently anticipate completing inventory liquidation and store closing sales at the First Tranche Stores at various points in time from March 13, 2017 to and including March 28, 2017. Appropriate motions will be filed with the Court and served upon the affected landlords if and as the Debtors seek to reject any of the leases for the First Tranche Stores listed in Exhibit A.

2.      Attached hereto as <u>Exhibit B</u> is a list of the Second Tranche Stores as defined in Inventory Sale Motion. As noted on Exhibit B, most Second Tranche Stores are locations as to which Sprint is the primary tenant under the lease, including 115 leases assigned to Sprint by General Wireless Operations Inc. ("<u>GWO</u>") on March 6, 2017. The Debtors presently anticipate completing inventory liquidation sales and vacating premises at the Second Tranche Stores at various points in time between the date of this Supplement and April 4, 2017. Appropriate notices will be provided to Sprint and to each affected landlord as the Debtors vacate Second Tranche Stores. For the 14 Second Tranche locations listed on Exhibit B hereto for which GWO is the primary tenant, appropriate motions will be filed with the Court and served upon the affected landlords if and as the Debtors seek to reject the related store lease.

#43050564 v1

Dated: March 9, 2017
      Wilmington, Delaware

**PEPPER HAMILTON LLP**

/s/ Michael J. Custer
David M. Fournier (DE Bar No. 2812)
Michael J. Custer (DE Bar No. 4843)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Tel: (302) 777-6500
Fax: (302) 421-8390
Email: fournierd@pepperlaw.com
       custerm@pepperlaw.com

-and-

**JONES DAY**
Scott J. Greenberg (*pro hac vice pending*)
250 Vesey Street
New York, NY 10281-1047
Tel: (212) 326-3939
Fax: (212) 755-7306
Email: sgreenberg@jonesday.com

Mark A. Cody (*pro hac vice pending*)
77 West Wacker
Chicago, IL 60601-1692
Tel: (312) 782-3939
Fax: (312) 782-8585
Email: macody@jonesday.com

*Proposed Attorneys for Debtors
and Debtors-in-Possession*