1

## Exhibit 3

**(115 Store Lease Assignment)**

## ASSIGNMENT AND ASSUMPTION OF LEASES

THIS ASSIGNMENT AND ASSUMPTION OF LEASES (this "Agreement") is made as of March 5, 2017, (the "Effective Date") by and among General Wireless Operations Inc., a Delaware corporation ("Assignor"), and Sprint Spectrum L.P., a Delaware limited partnership ("SSLP"), SprintCom, Inc., a Kansas corporation ("SprintCom"), Sprint PCS Assets, L.L.C., a Delaware limited liability company ("SPCA"), and APC Realty and Equipment Company, LLC, a Delaware limited liability company ("APC") as assignees. SSLP, SprintCom, SPCA and APC shall be referred to herein individually as a "Sprint Affiliate" and, collectively, as the "Sprint Affiliates".

### RECITALS:

A.  On February 5, 2015, RadioShack Corporation and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), in a case styled as *In re RadioShack Corporation, et al.*, Case No. 15-10197 (BLS);

B.  On April 1, 2015, the Bankruptcy Court entered an Order Authorizing the "(I) the Sale of Certain Assets of the Debtors Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances; (II) the Debtors to Enter into and Perform Their Obligations under the Asset Purchase Agreement ("APA") and Certain Ancillary Agreements; (III) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief" [Docket No. 1672] (the "Sale Order");

C.  In accordance with paragraph 24 of the Sale Order, certain leases held by the Debtors and listed on Exhibit A to this Agreement (the "Leases") were assigned to Assignor pursuant to that certain Assignment and Assumption Agreement dated April 1, 2015, by and among the Debtors and Assignor, including the leases listed on Exhibit A, hereto;

D.  In connection with the Debtors' bankruptcy proceedings, certain of the Leases may have been modified by Lease Modification Agreements entered in each case by and between Assignor or the respective Sprint Affiliate and the applicable landlord (the "LMAs");

E.  On April 7, 2015, the Debtors filed with the Bankruptcy Court a Notice of Filing Final List of Assumed and Assigned Unexpired Leases Subject to Stalking Horse Asset Purchase Agreement (the "Notice") [Docket No. 1717], which Notice identified Assignor as primary tenant with respect to the assignment and assumption of the primary tenant interest in the respective Leases;

F.  Consistent with the intended use as a Sprint Store Within a Store ("SWAS"), a portion of the leased premises under each respective Lease has been subleased to the

Sprint Affiliates pursuant to a Multiple Site Sublease Agreement dated April 1, 2015, by and among General Wireless Inc., Assignor and the Sprint Affiliates, which includes the subleases pertaining to the premises under the Leases (the "Subleases") [Docket no. 544], pursuant to the Amended and Restated Master Strategic Retail Alliance Agreement ("Retail Alliance Agreement") dated April 1, 2015, by and among General Wireless Inc., Assignor, and Sprint Solutions, Inc. ("Sprint"), and pursuant to the Operations, Management and Staffing Agreement to the Retail Alliance Agreement ("Operations Agreement") dated April 8, 2015 between Assignor and Sprint; and

G.   With respect to each Lease, Assignor desires to assign to the respective Sprint Affiliate and the respective Sprint Affiliate desires to assume, all Assignor's right, title, interest, and obligations under such Lease as herein after described.

NOW, THEREFORE, in consideration of the mutual promises and agreements contained herein, and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto, each intending to be legally bound hereby, covenant and agree as follows:

**AGREEMENTS:**

1.   Recitals.  The above recitals are incorporated into and made a substantive part of this Agreement.

2.   Assignment Date.  As of the Effective Date, Assignor hereby grants, assigns, conveys, quitclaims and transfers to the applicable Sprint Affiliate designated on Exhibit A as "Sprint Affiliate Primary Tenant", all of the Assignor's right, title, and interest in and to the Leases and applicable Subleases under such Leases for which it is so designated, together with all benefits and advantages to be derived therefrom, including any or all ancillary rights, benefits, options of renewal and expansion, subject, however, in each case to the terms of the Sale Order, and, if applicable, as modified by the terms of any applicable LMA and any applicable agreement that was mutually agreed and fully executed by the parties thereto and has been provided to Sprint Affiliate prior to the Effective Date.  The parties may adjust the Assignment Date of any Lease on Exhibit A by mutual written agreement.

3.   Assumption of Obligations.  As of the Effective Date , the Sprint Affiliate designated as "Sprint Affiliate Primary Tenant" on Exhibit A with respect to each Lease and applicable Sublease for which it is so designated, hereby assumes and accepts the assignment and transfer of the Leases for which it is so designated and all associated rights and privileges, and agrees to timely perform all of the obligations of Assignor as provided in the Lease whenever arising, including, but not limited to, all obligations, terms, covenants, and conditions of the Lease, and all payments of rent, and additional charges and expenses accrued and owing; subject, however, in each case to the terms of the Sale Order, and, where applicable, as modified by the terms of any applicable LMA and any applicable agreement that was mutually agreed and fully executed by the parties thereto and which has been provided to Sprint Affiliate prior to the Effective Date.

Notwithstanding the foregoing, with respect to the Assignor premises at the locations identified in the attached Exhibit A, Assignor will have a right of entry and license ending 11:59 p.m. March 31, 2017, to conduct a going out of business sale from the premises, following the Assignment Date, according to the provisions of Exhibit I to the Mutual Settlement and Release, Operations Wind Down, and Bankruptcy Cooperation Agreement dated March 5, 2017 between Assignor and Sprint Solutions, Inc. (the "Settlement Agreement").

4. Bill of Sale. Assignor hereby for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby sell, convey, transfer and assign to the respective Sprint Affiliate, Subtenant's furniture, fixture and equipment in the premises, including those certain items of personal property which are described in Section 4.6. Assets of Settlement Agreement, and the Exhibit J to same hereto incorporated herein by reference (hereinafter referred to as the "Equipment"). TO HAVE AND TO HOLD the same unto the respective Sprint Affiliate, its successors and assigns forever. Assignor warrants that Assignor is the owner of the Equipment and is authorized to convey the Equipment to the respective Sprint Affiliate. Assignor makes no further representations or warranties, express or implied.

5. The parties expressly acknowledge and agree that the terms of this Agreement have been completely read, are fully understood, and are voluntarily accepted.

6. Each party and signatory to this Agreement represents and warrants to each other party that such party or signatory has full power, authority, and legal right and has obtained all approvals and consents necessary to execute, deliver, and perform all actions required under this Agreement.

7. This Agreement shall be binding upon and shall inure to the benefit of the parties and their respective heirs, administrators, executors, successors, and permitted assigns.

8. This Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same Agreement. A facsimile signature or signature sent by electronic mail by any party shall constitute an original signature of such party for all purposes hereunder.

[Signature page follows]

Having read and intending to be bound by this Agreement, Assignor and the undersigned Sprint Affiliates have signed it as of the Effective Date.

**ASSIGNOR:**

**General Wireless Operations Inc.**
**a Delaware corporation**

By: _____
Name: Bradford A. Tobin
Title: Senior Vice President & General Counsel


**SPRINT AFFILIATES:**

**Sprint Spectrum L.P.,**
**a Delaware limited partnership**


By: _____
Name:
Title:

**SprintCom, Inc.,**
**a Kansas corporation**


By: _____
Name:
Title:

**Sprint PCS Assets, L.L.C.,**
**a Delaware limited liability company**


By: _____
Name:
Title:

**APC Realty and Equipment Company LLC,**
**a Delaware limited liability company**


By: _____
Name:
Title:

Having read and intending to be bound by this Agreement, Assignor and the undersigned Sprint Affiliates have signed it as of the Effective Date.

**ASSIGNOR:**

**General Wireless Operations Inc.**
**a Delaware corporation**

By:_____
Name: Bradford A. Tobin
Title:  Senior Vice President & General Counsel

**SPRINT AFFILIATES:**

**Sprint Spectrum L.P.,**
**a Delaware limited partnership**

By: _[signature]_____
Name: Brian C. Jordan
Title: Director - Real Estate

**SprintCom, Inc.,**
**a Kansas corporation**

By: _[signature]_____
Name: Brian C. Jordan
Title: Director - Real Estate

**Sprint PCS Assets, L.L.C.,**
**a Delaware limited liability company**

By: _[signature]_____
Name: Brian C. Jordan
Title: Director - Real Estate

**APC Realty and Equipment Company LLC,**
**a Delaware limited liability company**

By: _[signature]_____
Name: Brian C. Jordan
Title: Director - Real Estate

Exhibit A

| Sprint Store Number | Assignor | Assignee | Street Address | City | State | Zip Code |
|---|---|---|---|---|---|---|
| 6753 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 4419 RANGELINE RD STE A | MOBILE | AL | 36619 |
| 7433 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 4015 N 16TH ST | PHOENIX | AZ | 85016 |
| 7434 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1458 E MAIN ST | MESA | AZ | 85203 |
| 6882 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1601 E 103RD ST STE 4 | LOS ANGELES | CA | 90002 |
| 6883 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 10125 N SEPULVEDA BLVD | MISSION HILLS | CA | 91345 |
| 6890 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 13209 GLADSTONE | SYLMAR | CA | 91342 |
| 7255 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 2608 S SAVIERS RD | OXNARD | CA | 93033 |
| 7257 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1512 N H ST STE E | LOMPOC | CA | 93436 |
| 7502 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 2200 W FLORIDA AVE #270 | HEMET | CA | 92545 |
| 7510 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 2073 S GAREY AVE SPC A | POMONA | CA | 91766 |
| 6923 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 5160 VINELAND AVE STE 111 | NORTH HOLLYWOOD | CA | 91601 |
| 7507 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1350 E MAIN ST | BARSTOW | CA | 92311 |
| 6625 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 5305 E COLFAX AVE UNIT A | DENVER | CO | 80220 |
| 6632 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1977 S FEDERAL BLVD | DENVER | CO | 80219 |
| 7984 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 12041 W ALAMEDA PKWY | LAKEWOOD | CO | 80228 |
| 7278 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 196 E MAIN ST | NEW BRITAIN | CT | 6051 |
| 7082 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 10613 BIRD RD | MIAMI | FL | 33165 |
| 7087 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 945 E 8TH AVE | HIALEAH | FL | 33010 |
| 7090 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 13722 SW 56TH ST | MIAMI | FL | 33175 |
| 7091 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 2520 SW 22ND ST | MIAMI | FL | 33145 |
| 7647 | General Wireless Operations, Inc. | SprintCom, Inc. | 5777 MANATEE AVE W | BRADENTON | FL | 34209 |
| 7997 | General Wireless Operations, Inc. | SprintCom, Inc. | 969 STATE RD 434 West 434 CTR | LONGWOOD | FL | 32750 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7696 | General Wireless Operations, Inc. | SprintCom, Inc. | 7248 GALL BLVD | ZEPHYRHILLS | FL | 33541 |
| 7646 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 3747 E TAMIAMI TRAIL | NAPLES | FL | 34112 |
| 7694 | General Wireless Operations, Inc. | SprintCom, Inc. | 3850 S DALE MABRY | TAMPA | FL | 33611 |
| 7700 | General Wireless Operations, Inc. | SprintCom, Inc. | 3491 THOMASVILLE RD #12 | TALLAHASSEE | FL | 32309 |
| 6384 | General Wireless Operations, Inc. | SprintCom, Inc. | 6135 PEACHTREE PKWY #104 | NORCROSS | GA | 30092 |
| 6764 | General Wireless Operations, Inc. | SprintCom, Inc. | 823 CALIFORNIA AVE | WAHIAWA | HI | 96786 |
| 6486 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 415 CLEVELAND ST | MUSCATINE | IA | 52761 |
| 6698 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1654 SYCAMORE ST | IOWA CITY | IA | 52240 |
| 6833 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 131 E BEST AVE | COEUR D ALENE | ID | 83814 |
| 6559 | General Wireless Operations, Inc. | SprintCom, Inc. | 5316 N MILWAUKEE AVE #8 | CHICAGO | IL | 60630 |
| 6575 | General Wireless Operations, Inc. | SprintCom, Inc. | 3150 S ASHLAND AVE | CHICAGO | IL | 60608 |
| 7820 | General Wireless Operations, Inc. | SprintCom, Inc. | 1055 W BROADWAY | CentralIA | IL | 62801 |
| 6822 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 5828 CRAWFORDSVILLE RD #B | INDIANAPOLIS | IN | 46224 |
| 6821 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 2488 E WABASH ST | FRANKFORT | IN | 46041 |
| 6702 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1301 WINCHESTER RD #69 | LEXINGTON | KY | 40505 |
| 7183 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 303 W ESPLANADE STE D | KENNER | LA | 70065 |
| 6990 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 250 CITIES SERVICE HWY | SULPHUR | LA | 70663 |
| 7185 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 5875 MAIN ST STE D | ZACHARY | LA | 70791 |
| 7190 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1595 GAUSE BLVD | SLIDELL | LA | 70458 |
| 7192 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 216 N AIRLINE HWY | GONZALES | LA | 70737 |
| 6449 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 50 STATE ST | LYNN | MA | 1901 |
| 6450 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1615 BLUE HILL AVE | Mattapan | MA | 2126 |
| 6453 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1524 DORCHESTER AVE | DORCHESTER | MA | 2122 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6459 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 97 CHURCH ST | LOWELL | MA | 1852 |
| 6445 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 686 MERRILL RD SPC 15 | PITTSFIELD | MA | 1201 |
| 6461 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 110 PROVIDENCE HWY STE 1E | E WALPOLE | MA | 2032 |
| 6462 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 110 RIVER ST | WALTHAM | MA | 2453 |
| 6420 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 559 RITCHIE HWY | SEVERNA PARK | MD | 21146 |
| 7972 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 420 BALDWIN ST | JENISON | MI | 49428 |
| 7119 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 2868 S 26TH AVE | MINNEAPOLIS | MN | 55406 |
| 6865 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 105 SE STATE RTE 291 | LEES SUMMIT | MO | 64063 |
| 6869 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 6236 N CHATHAM AVE | KANSAS CITY | MO | 64151 |
| 7142 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 2518 S BRENTWOOD BLVD | BRENTWOOD | MO | 63144 |
| 6857 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 8312 E 171ST ST | BELTON | MO | 64012 |
| 6755 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 3661A SANGANI BLVD | D IBERVILLE | MS | 39540 |
| 7891 | General Wireless Operations, Inc. | SprintCom, Inc. | 1338 MEBANE OAKS RD | MEBANE | NC | 27302 |
| 8865 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 4848 VAN DORN ST #1 | LINCOLN | NE | 68506 |
| 7809 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 2700 E 23RD ST | FREMONT | NE | 68025 |
| 7767 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 42 GUSABEL AVE | NASHUA | NH | 3063 |
| 7300 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 418 BERGEN ST | HARRISON | NJ | 7029 |
| 6940 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 2342 E BONANZA RD | LAS VEGAS | NV | 89101 |
| 6474 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1593 MILITARY RD | NIAGARA FALLS | NY | 14304 |
| 7525 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 709 RIDGE RD E | ROCHESTER | NY | 14621 |
| 8840 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 120 HOOSICK ST | TROY | NY | 12180 |
| 6970 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1769 GRAND AVE | BALDWIN | NY | 11510 |
| 7223 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 901 AVE OF THE AMERICAS SP 166 | NEW YORK | NY | 10001 |
| 7234 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 254 7TH AVE | BROOKLYN | NY | 11215 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7238 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1010 FLATBUSH AVE | BROOKLYN | NY | 11226 |
| 7962 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 6050 SOUTH PARK AVE # 100 | HAMBURG | NY | 14075 |
| 7964 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 3349 MONROE AVE | ROCHESTER | NY | 14618 |
| 6412 | General Wireless Operations, Inc. | SprintCom, Inc. | 6815 PEARL RD | MIDDLEBURG HTS | OH | 44130 |
| 6588 | General Wireless Operations, Inc. | SprintCom, Inc. | 6611 GLENWAY AVE | CINCINNATI | OH | 45211 |
| 6610 | General Wireless Operations, Inc. | SprintCom, Inc. | 1222 30TH ST NW | CANTON | OH | 44709 |
| 6652 | General Wireless Operations, Inc. | SprintCom, Inc. | 1761 W LANE AVE | UPPER ARLINGTON | OH | 43221 |
| 7968 | General Wireless Operations, Inc. | SprintCom, Inc. | 3866 PAXTON RD STE D | CINCINNATI | OH | 45209 |
| 6596 | General Wireless Operations, Inc. | SprintCom, Inc. | 2132 E DOROTHY LN | KETTERING | OH | 45420 |
| 6613 | General Wireless Operations, Inc. | SprintCom, Inc. | 1400 S ARLINGTON ST #164 | AKRON | OH | 44306 |
| 6650 | General Wireless Operations, Inc. | SprintCom, Inc. | 7940 E BROAD ST | REYNOLDSBURG | OH | 43068 |
| 6646 | General Wireless Operations, Inc. | SprintCom, Inc. | 175 CENTRAL PKWY | HEATH | OH | 43056 |
| 6612 | General Wireless Operations, Inc. | SprintCom, Inc. | 3578 MAYFIELD RD | CLEVELAND HTS | OH | 44118 |
| 7321 | General Wireless Operations, Inc. | SprintCom, Inc. | 711 N PERKINS RD | STILLWATER | OK | 74075 |
| 7367 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 18428 E BURNSIDE ST | PORTLAND | OR | 97233 |
| 6834 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1734 SW COURT PL | PENDLETON | OR | 97801 |
| 7353 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1281 N HWY 99W | MCMINNVILLE | OR | 97128 |
| 7365 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 2056 N LOMBARD | PORTLAND | OR | 97217 |
| 7369 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 919 S W 5TH AVE | PORTLAND | OR | 97204 |
| 7371 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1638 ASHLAND ST | ASHLAND | OR | 97520 |
| 7455 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 11630 KELEKET DR | PITTSBURGH | PA | 15235 |
| 7444 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 3139 BANKSVILLE RD | PITTSBURGH | PA | 15216 |
| 7403 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 101 E OLNEY AVE | PHILADELPHIA | PA | 19120 |
| 7470 | General Wireless Operations, Inc. | SprintCom, Inc. | 350 CARR 3 STE 140 | HUMACAO | PR | 791 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7472 | General Wireless Operations, Inc. | SprintCom, Inc. | 150 CARR 940 STE 210 | FAJARDO | PR | 738 |
| 7476 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 355 RESERVOIR AVE | PROVIDENCE | RI | 2907 |
| 6747 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 607 ST JAMES AVE STE A | GOOSE CREEK | SC | 29445 |
| 7150 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 4450 HWY 17 S UNIT 1 | MURRELLS INLET | SC | 29576 |
| 6398 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 2601 S IH 35 | ROUND ROCK | TX | 78664 |
| 7533 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 310 VALLEY HI DR #302 | SAN ANTONIO | TX | 78227 |
| 6349 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 6101 GATEWAY W BLVD 450 | EL PASO | TX | 79925 |
| 7842 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 2420 19TH SPC 1 | LUBBOCK | TX | 79401 |
| 7844 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 3300 W ILLINOIS SPC A | MIDLAND | TX | 79703 |
| 7845 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 2910 N FIRST ST | ABILENE | TX | 79603 |
| 7847 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1804 E AMARILLO BLVD | AMARILLO | TX | 79107 |
| 7848 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 901 N GRANDVIEW | ODESSA | TX | 79761 |
| 6404 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 4301 W WILLIAM CANNON DR | AUSTIN | TX | 78745 |
| 7755 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 4576 S 4000 W | W VALLEY CITY | UT | 84120 |
| 7756 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1828 W 9000 S | WEST JORDAN | UT | 84088 |
| 7950 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 282 SOUTH 500 West #B | West BOUNTIFUL | UT | 84010 |
| 7757 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1466 N STATE ST | OREM | UT | 84057 |
| 6831 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1910 W FRANCIS AVE | SPOKANE | WA | 99205 |
| 7875 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 1523 3RD AVE | SEATTLE | WA | 98101 |
| 7852 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 126 SW 148TH ST | BURIEN | WA | 98166 |
| 7866 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 4217 WHEATON WAY STE N | BREMERTON | WA | 98310 |
| 7100 | General Wireless Operations, Inc. | Sprint Spectrum L.P. | 2500 MILTON AVE | JANESVILLE | WI | 53545 |