IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GENERAL WIRELESS OPERATIONS INC. | ) Case No. 17-10506 (BLS) |
| DBA RADIOSHACK, *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**VERIFIED STATEMENT PURSUANT TO RULE 2019**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III of the Law Firm of Russell R. Johnson III, PLC files this Verified Statement of his firm's (the "Firm") multiple representations in the above-captioned, jointly-administered, bankruptcy cases of the following utility companies (the "Utilities") that provided prepetition utility goods/services to the Debtors, and continue to provide post-petition utility goods/services to the Debtors:

1.  The names and addresses of the Utilities represented by the Firm are:

    A.  American Electric Power
        Attn: Gregory Holland
        40 Franklin Road
        P.O. Box 2021
        Roanoke, VA  24022-2121

    B.  Commonwealth Edison Company
        PECO Energy Company
        Attn: Merrick Friel
        Exelon Corporation
        2301 Market Street, S23-1
        Philadelphia, PA  19103

C.    Consolidated Edison Company of New York, Inc.
Attn: Leon Z. Mener, Esq.
4 Irving Place - Room 1875S
New York, NY 10003

D.    Georgia Power Company
Attn: Jim Maynard
2500 Patrick Henry Parkway
McDonough, GA 30253

E.    New York State Electric and Gas Corporation
Attn: Kelly Potter
James A. Carrigg Center
Bankruptcy Department
18 Link Drive
Binghamton, NY 13904

F    The Connecticut Light and Power Company
NStar Electric & Gas Corporation
Public Service Company of New Hampshire
Western Massachusetts Electric Company
Yankee Gas Services Company
Attn: Honor S. Heath, Esq.
Eversource Energy
107 Selden Street
Berlin, CT 06037

G.    Public Service Electric and Gas Company
Attn: Suzanne Klar, Esq.
80 Park Plaza, T5D
Newark, NJ 07102-0570

H.    Rochester Gas and Electric Corporation
Attn: Patricia Cotton
89 East Avenue
Rochester, NY 14649

I.    Salt River Project
Attn: Diana Greer/ISB 231
2727 E. Washington St.
Phoenix, AZ 85034-1403

J.    San Diego Gas & Electric Company
Attn: A.J. Moreno
Bankruptcy Specialist
8326 Century Park Court
San Diego, CA 92123

K.  Virginia Electric and Power Company d/b/a
    Dominion Virginia Power
    Attn: Sherry Ward
    701 East Cary St.
    One James River Plaza, 19th floor
    Richmond, VA  23219

L.  The Cleveland Electric Illuminating Company
    Jersey Central Power & Light Company
    Metropolitan Edison Company
    Monongahela Power Company
    Ohio Edison Company
    Pennsylvania Electric Company
    Pennsylvania Power Company
    Potomac Edison Company
    West Penn Power Company
    Attn:  Kathy M. Hofacre
    FirstEnergy Corp.
    76 S. Main St., A-GO-15
    Akron, OH  44308

M.  Boston Gas Company
    KeySpan Gas East Corporation
    Massachusetts Electric Company
    Narragansett Electric Company
    Niagara Mohawk Power Corporation
    Attn:  Christopher S. Aronson
    Senior Counsel
    National Grid
    40 Sylvan Road
    Waltham, MA 20451

N.  The East Ohio Gas Company d/b/a Dominion East Ohio
    Attn:  Lessie M. Jones, Esq.
    1201 East 55th Street
    Cleveland, OH  44103

2.  The nature and the amount of claims (interests) of the Utilities, and the times of acquisition thereof are as follows: (a) The Connecticut Light and Power Company, Consolidated Edison Company of New York, Inc., NStar Electric & Gas Corporation, Public Service Company of New Hampshire, Public Service Electric and Gas Company, Western Massachusetts Electric Company, Yankee Gas Services Company, The Cleveland Electric Illuminating

3

Company, Jersey Central Power & Light Company, Potomac Edison Company, The East Ohio Gas Company d/b/a Dominion East Ohio Boston Gas Company, KeySpan Gas East Corporation, Massachusetts Electric Company, Narragansett Electric Company have unsecured claims against the above-referenced Debtors arising from prepetition utility usage.

(b) American Electric Power, Commonwealth Edison Company, Georgia Power Company, New York State Electric and Gas Corporation, PECO Energy Company, Salt River Project, Virginia Electric and Power Company d/b/a Dominion Virginia Power, Rochester Gas and Electric Corporation, Metropolitan Edison Company, Monongahela Power Company, Ohio Edison Company, Pennsylvania Electric Company, Pennsylvania Power Company, West Penn Power Company and Niagara Mohawk Power Corporation held prepetition deposits which secured all prepetition debt.

(c) For more information regarding the claims and interests of the Utilities in these jointly-administered cases, refer to the (i) *Objection of Certain Utility Companies To the Motion For Interim and Final Orders Establishing Adequate Assurance Procedures With Respect To the Debtors' Utility Providers* (the "Objection") (Docket No. 221), and (ii) *Joinder of Additional Utility Companies* (the "Joinder") (Docket No. 225) to the Objection filed in the above-captioned, jointly-administered bankruptcy cases.

3.   The Law Firm of Russell R. Johnson III, PLC was retained to represent the foregoing Utilities in March 2017.  The circumstances and terms and conditions of employment of the Firm by the Utilities is protected by the attorney-client privilege and attorney work product doctrine.

                      LAW FIRM OF RUSSELL R. JOHNSON III, PLC

                      By: /s/ Russell R. Johnson III
                           Russell R. Johnson III

Russell R. Johnson III appeared before me this 22nd day of March 2017, and acknowledged that the representations in the foregoing statement are true to the best of his knowledge, information and belief.

                      NOTARY PUBLIC

                      My commission expires: 4/30/2017

LYNN S PLOTKIN
Notary Public
Commonwealth of Virginia
7556922
My Commission Expires Apr 30, 2017