# Annex 1

# BIDDING PROCEDURES

## BIDDING PROCEDURES

1. Definitions:

    **A&G Realty**: A&G Realty Partners LLC

    **Agreement**: The form of agreements attached hereto as Exhibits B and C for the sale and assignment of a lease, the agreement is either:

    (i)  For a replacement tenant who is not using a designation rights component, an ASSIGNMENT AGREEMENT in the form attached hereto as Exhibit B, or

    (ii) For the landlord of the subject Leases, a LEASE TERMINATION AGREEMENT in the form attached hereto as Exhibit C.

    **Auction**: Seller, through the services of A&G Realty, may conduct (pursuant to the terms and conditions of these Bidding Procedures) an auction of the Leases and/or Lease Designation Rights on the Auction Date (or on an adjourned date). The Seller, in consultation with the Committee, reserves the right to use any auction format that it deems in the best interest of its bankruptcy estate.

    **Auction Date**: The anticipated Auction Date is **April 19, 2017 at 11:00 a.m (prevailing Eastern Time)**.

    **Auction Venue**: The offices of Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19801.

    **Back-Up Bid**: The Qualified Bid selected by Seller, in consultation with the Committee, at the conclusion of the Auction as the second highest or best Bid.

    **Back-Up Bidder**: The Bidder who submitted the Back-up Bid. The Back-up Bidder's Good Faith Deposit is held pursuant to the provisions below and, in the event that the Successful Bidder fails to close, the Back-up Bidder is obligated to close.

- 10 -

#43424082 v3

**Baseline Auction Bid**: The highest or best bid for purposes of constituting the opening bid of the Auction.

**Bid**: A binding offer to purchase the Leases and/or Lease Designation Rights. All Bids are irrevocable pursuant to the terms set forth below.

**Bidder**: A person or entity that submits a Bid.

**Bid Deadline**: The anticipated Bid Deadline is **April 17, 2017 at 5:00 p.m. (prevailing Eastern Time)**.

**CAM Reconciliation Amount**: The unaccrued and unbilled CAM expenses with respect to each Lease that may be assumed and assigned.

**Closing**: The closing of any sale of Leases sold through these Bidding Procedures.

**Committee**: The Official Committee of Unsecured Creditors appointed in these cases on March 17, 2017.

**Court**: United States Bankruptcy Court for the District of Delaware.

**Cure Amount**: The applicable cure amount with respect to each Lease that may be assumed and assigned, which shall include prepetition amounts and March 2017 amounts.

**Cure Claim**: The cure a claimant contends is required under section 365 of the Bankruptcy Code.

**Data**: Information provided by Seller to Bidders or prospective Bidders subject to the conditions and limitations set forth in these Bidding Procedures. This information may include lease abstracts and leases.

**Escrow Agent**: General Wireless Operations Inc., in its capacity as Escrow Agent for the Good Faith Deposit(s).

**Good Faith Deposit**: A wire transfer in the amount of ten percent (10%) of the Bid.

**Initial Bid Report:** That report filed by the Debtors not later than 5:00 p.m. (prevailing Eastern Time) on April 18, 2017 listing the bids received by the Bid Deadline.

**Irrevocability Period**: That period of time that commences upon each Bidder's submission of a Bid and that concludes at the earlier of (i) the Closing or (ii) May 15, 2017.

**Leases**: Those real property leases where Seller is the tenant, as listed on Exhibit C to the Motion [D.I. 205] and incorporated herein by reference as may be supplemented as set forth in the Motion and Procedures Order.

**Lease Counterparties**: Landlords under the applicable Leases.

**Minimum Bid Amount**: For third parties bidding on a Lease, $20,000 plus applicable Cure Amounts per Lease plus the assumption of CAM Reconciliation Amounts if the Bid is for one or more Leases; or such other amount as agreed by the Debtors in consultation with the Committee. For Landlords bidding to terminate a Lease, $20,000 plus waiver of Cure Amounts and CAM Reconciliation Amounts for such Lease; or such other amount as agreed by the Debtors in consultation with the Committee.

**Offer & Bidder Registration Form**: The form of document attached hereto as Exhibit A.

#43424082 v3

**Qualified Bid**: A Bid that satisfies the requirements set forth below.

**Qualified Bidder**: A Bidder who submits a Qualified Bid or a Landlord seeking to bid on its Lease.

**Procedures Order**: An Order of the Court approving these Bidding Procedures.

**Required Bid Documents**: The Required Bid Documents are those documents that a Bidder is required to submit by the Bid Deadline, as further described below.

**Sale Hearing**: The hearing in the Court, at which the Seller will seek an Order approving a sale pursuant to these Bidding Procedures.

**Sale Order**: An Order of the Court authorizing a sale of the Leases and/or Lease Designation Rights to the Successful Bidder.

**Seller or Debtor**: General Wireless Operations Inc.

**Seller's Counsel**: Jones Day and Pepper Hamilton LLP

**Successful Bid**: At the conclusion of the Auction, the Qualified Bid selected by the Seller, in consultation with the Committee, as the winning bid based upon price, any applicable break-up fee or expense reimbursement, financial condition, experience, and such other factors as the Seller may deem relevant, as further detailed below.

**Successful Bidder**: The Bidder who submitted the Successful Bid.

2. Bid Deadline:

    A. In order to solicit the highest or best offers for the Leases and/or Lease Designation Rights, the Seller may conduct the Auction herein described. The first step is the submission of binding Bids in the form of the "Required Bid Documents" on or before the Bid Deadline. Seller will review the Required Bid Documents and based upon that review, Seller will identify those Bidders who have submitted "Qualified Bids."

- 13 -

#43424082 v3

B. You must submit the Required Bid Documents, as applicable, so as to be actually received by no later than 5:00 p.m. (noon) (prevailing Eastern Time) on the Bid Deadline. The Required Bid Documents, as applicable, must be submitted to Seller's Counsel via email at the following contact information, but the Good Faith Deposit shall be sent via wire transfer to General Wireless Operations Inc. (upon request, A&G Realty will provide wiring instructions):

> Pepper Hamilton LLP
> Hercules Plaza, Suite 5100
> 1313 N. Market Street
> Wilmington, Delaware 19899-1709
> Attn: David M. Fournier, Esq.
> email: fournierd@pepperlaw.com
>
> with a copy to:
> Jones Day
> 77 West Wacker Drive
> Chicago, Illinois 60601-1692
> Attn: Mark A. Cody, Esq.
> email: macody@jonesday.com

A complete copy of the Required Bid Documents must also be submitted to A&G Realty: michael@agrealtypartners.com, Attn: Michael Jerbich.

C. Due diligence information can be obtained by contacting A&G Realty. Seller and A&G Realty shall not be obligated to furnish any Data after the Bid Deadline to any party that the Seller determines is not reasonably likely to be a Qualified Bidder.

3. Required Bid Documents

A. Unless expressly waived by Seller, in order for a Bidder to become a Qualified Bidder, except as provided below with respect to Lease Counterparties bidding on their own Leases, a Bidder must submit to Seller's Counsel, with a copy to A&G Realty, the following documents which, taken together, constitute the Required Bid Documents:

(i) Offer: With respect to a purchase of one or more Leases, a written "Offer And Bidder Registration Form" in the form attached hereto as Exhibit A. With respect to a purchase of Lease Designation Rights, a duly executed designation rights agreement in a form reasonably acceptable to Seller. In either case, the offer must expressly state that the Bidder's offer is all cash, on an as-is, where-is basis and irrevocable during the Irrevocability Period.

#43424082 v3

    (ii) <u>Agreement</u>: An executed and fully completed Agreement in the form annexed hereto as <u>Exhibit B</u> or <u>C</u>, as applicable. The Agreement, as tendered, may not contain any contingencies, including, but not limited to due diligence and financing contingencies.

    (iii) <u>Adequate Assurance Package</u>: Unless such Bid does not require adequate assurance, an Adequate Assurance Package that includes audited and unaudited financial statements, tax returns, bank account statements, any information related to the proposed business to be conducted at the premises, any relevant Offer And Bidder Registration Form and any other documentation that the Seller deems appropriate. This requirement shall not apply to a Lease Counterparty that is credit bidding for its own lease.

Any Adequate Assurance Package with respect to a Qualified Bid must be served by Seller on the Lease Counterparties and, if known, their counsel via email or overnight mail no later than **April 18, 2017**. To the extent any Lease Counterparty or its counsel has provided an email address, such Lease Counterparty or its counsel will be deemed to have agreed to service of documents via email.

In submitting a Bid, each Qualified Bidder agrees that it will appear at the Sale Hearing and present sufficient evidence of adequate assurance of future performance to satisfy the requirements of section 365 of the Bankruptcy Code, through a witness competent to testify to the same, if it is the Successful Bidder.

    (iv) <u>Other Information</u>: Any other information that the Seller may reasonably request which would enable Seller to evaluate, among other things, the Bidder's ability to consummate a transaction, the Bidder's legal authority to Bid, and/or the Bidder's ability to fulfill its obligations in connection therewith.

    (v) <u>Good Faith Deposit</u>: A wire transfer in the amount of ten percent (10%) of the Bid.

B.   Confidentiality: By submitting a Bid, each Bidder agrees to maintain as confidential and to not disclose to third parties both the fact that Bidder submitted a Bid and the terms and conditions of such Bid.

4. Qualified Bids

Unless such requirement is waived by the Seller:

A. In order for a Bid to be a "Qualified Bid," a Bid shall:

(i) be no less than the Minimum Bid Amount;

(ii) include the Good Faith Deposit and each of the Required Bid Documents, executed and in form and substance acceptable to the Seller, unless the Bid is submitted by a Lease Counterparty bidding on its own Lease;

(iii) be a good faith, bona fide, offer to purchase one or more Leases and/or lease designation rights;

(iv) not be contingent upon any factor, including obtaining financing or on the outcome of unperformed due diligence or corporate, stockholder or internal approval;

(v) provide evidence satisfactory to the Seller, in its sole discretion, of the bidder's financial wherewithal and operational ability to consummate the transaction;

(vi) identify the legal name of the Bidder (including any equity holders or other financial backers, if the Bidder is an entity formed for the purpose of consummating the assumption and assignment transaction);

(vii) be irrevocable during the Irrevocability Period; and

(viii) be actually received by the Bid Deadline.

B. A Qualified Bid may not include a request for a break-up fee and/or expense reimbursement.

C. Failure of a Bidder to fully, accurately and promptly respond to Seller's requests for additional information may result in a Bid no longer being considered a Qualified Bid.

D. Following the receipt of Bids, Debtors will ascertain, in the exercise of its reasonable business judgment and after consultation with the Committee, whether a Bid is a Qualified Bid, taking into account, among other things, the quality of the Required Bid Documents, the Bidder's experience, financial capacity to close and reputation in the marketplace, etc.

E. A&G Realty will notify each Bidder and Bidder's counsel via email or overnight mail if it is a Qualified Bidder.

5. Good Faith Deposit Requirement

   A. Except as otherwise provided herein, each Bidder shall tender a Good Faith Deposit to Escrow Agent. The Successful Bidder will be required to tender additional Good Faith Deposits, as set forth below.

   B. The Good Faith Deposit shall be by wire transfer in accordance with wire instructions provided by A&G Realty. Escrow Agent shall have no liability to any party in connection with its services with respect to Good Faith Deposits except for willful misconduct, gross negligence or bad faith. Escrow Agent, at its discretion, may either immediately deposit Good Faith Deposits or may hold Good Faith Deposits pending the outcome of the Auction. Good Faith Deposits held by the Escrow Agent shall not be deemed to be property of the Seller's bankruptcy estate pending further order of the Court and shall be held in escrow pending further order of the Court or returned to the Bidder in accordance with these procedures.

   C. Unless otherwise agreed to by Seller, in the event that the Seller does not consummate a sale of the Leases for any reason (other than the Bidder's failure to consummate a sale), the Seller's sole obligation and liability shall be to refund the Good Faith Deposit to the Bidder.

   D. No Bid shall be deemed to be "accepted" by Seller unless and until the Court has entered the Sale Order. No Bid shall be deemed "rejected" by the Debtors unless and until the sale of the Lease(s) has closed, the offer is rejected in writing, or the Irrevocability Period has lapsed.

6. Bidding by Lease Counterparties

   A. A Lease Counterparty bidding on its Lease shall execute a Lease Termination Agreement and submit such executed agreement with its Bid. Any Lease Termination Agreement shall become effective only if the Lease Counterparty executing such Lease Termination Agreement is the Successful Bidder for its Lease and the Court approves such Lease Termination Agreement.

   B. A Lease Counterparty bidding on its own Lease shall not be required to submit (i) an "Offer And Bidder Registration Form;" or (ii) an Adequate Assurance Package.

   C. A Lease Counterparty bidding on its own Lease must submit its Bid, which must include the Lease Termination Agreement as provided above, by the Bid Deadline.

   D. With respect to a Bid for its own Lease, a Lease Counterparty may credit bid only an amount equal to the Cure Amount for such Lease that is mutually acceptable to the Seller and such Lease Counterparty or such amount as is determined by the Court. The Lease Counterparty shall receive a dollar-for-dollar credit in the amount of the Credit Bid when such Lease Counterparty bids for such a Lease.

#43424082 v3

7. The Auction

    A. No later than 5:00 p.m. (prevailing Eastern Time) on April 18, 2017, the Debtors shall file with the Court the Initial Bid Report stating which Leases, if any, are the subject of a Qualified Bid.

    B. Provided that the Debtors timely receive more than one Qualified Bid, the Debtors shall Auction the Leases on the Auction Date at the Auction Venue. The Debtors, in consultation with the Committee, reserve the right to change the location and time of the Auction. Only the Bids of Qualified Bidders, including Lease Counterparties as provided herein, will be considered at the Auction.

    C. As soon as possible, but prior to the commencement of the Auction, the Seller, in consultation with the Committee, shall determine which of the Qualified Bids, at such time, is the Baseline Auction Bid, and shall promptly notify all Qualified Bidders of the Baseline Auction Bid.

    D. Based upon the terms of the Qualified Bids, the level of interest expressed in the Leases and/or Lease Designation Rights, and such other information as the Seller may determine to be relevant, Seller, in consultation with the Committee, shall have the right to amend the procedures set forth herein and to adopt, at any time, in its sole and absolute discretion, such rules for the bidding process which it determines will better promote the goals of the bidding process. Among other things, Seller, in consultation with the Committee, shall determine acceptable bidding increments, which may be modified by the Seller during the Auction. Seller, in consultation with the Committee, may offer the Leases individually or in packages or may otherwise conduct the Auction in the manner that it deems most appropriate for soliciting the highest or best Bids.

    E. The Seller shall receive Bids at the Auction for the Leases and/or Lease Designation Rights with the intention of selling the Leases and/or Lease Designation Rights to the Successful Bidder(s). At the conclusion of the Auction, the Seller, in consultation with the Committee, will determine which Bid, if any, is the highest or best Bid and which Bid, if any, is the next highest or best Bid and, based upon that determination, will announce the Successful Bid(s) and the Back-up Bid(s), respectively.

    F. Seller's determination of what constitutes the first and second "highest or best" Bids will be based upon the exercise of Seller's discretion, in consultation with the Committee, and shall take into consideration, any applicable break-up fee or expense reimbursement, and may take into consideration modifications to any Assignment Agreement, closing risk, risk of delay, financial condition, experience, use clause, comments from the affected landlord, and such other factors as Seller may deem relevant.

    G. At the conclusion of the Auction, both the Successful Bidder(s) and the Back-up Bidder(s) shall update and re-execute their respective Assignment Agreements or

- 18 -

designation rights agreement(s), as applicable, and any other agreements, contracts, instruments or other documents evidencing and containing the terms and conditions upon which the Successful Bid(s) and the Back-up Bid(s) were made.

H. Formal rejection of a Bid by the Seller will not occur unless and until (i) the Seller expressly rejects a Bid in writing; or (ii) the Irrevocability Period lapses.

I. The Successful Bidder(s) shall, within one business day of the conclusion of the Auction, supplement its Good Faith Deposit, as necessary, so that the aggregate deposit being held by Seller equals ten percent (10%) of the Successful Bid.

J. All supplemental Good Faith Deposits shall be paid by wire transfer in accordance with wire instructions provided by A&G Realty.

K. The establishment of any Successful Bid and a Back-up Bid does not release any Bidder from its obligations, and all Bids shall remain open until the Closing.

L. Return of Good Faith Deposits:

(i) The Escrow Agent will retain the Good Faith Deposits of the Successful Bidder(s) until the closing of the applicable transaction, unless otherwise ordered by the Bankruptcy Court.

(ii) The Good Faith Deposits of the Qualified Bidders will be returned on the earlier of May 15, 2017 and the first business day following the closing of the applicable transaction.

8. Court Approval

A. Any objection, except for an objection based on adequate assurance of future performance, to any sale of Leases must be filed with the Court on or before **April 21, 2017 at 4:00 p.m. (prevailing Eastern Time)**. An objection based on adequate assurance of future performance may be submitted at or prior to the Sale Hearing.

B. The Sale Hearing will be held by the Court on **April 24, 2017 at 10:30 a.m. (prevailing Eastern Time)**.

C. If there are no objections pending as of the Sale Hearing or any objections, except for unresolved objections relating to Cure Amounts, are overruled, then the proposed sale may be approved at the Sale Hearing. Any unresolved objections related to Cure Amounts will be resolved after the proposed sale has closed.

9. The Closing

A. Closing shall occur in accordance with the terms of the Assignment Agreement or designation rights agreement, as applicable, and the Sale Order, but in no event

later than April 30, 2017. WITH RESPECT TO THE CLOSING, TIME OF PERFORMANCE BY THE SUCCESSFUL BIDDER(S) IS OF THE ESSENCE.

B. In the event of the failure by any Successful Bidder to timely consummate a sale of the Leases, the Back-up Bidder(s) for such Leases and/or Lease Designation Rights shall be deemed the Successful Bidder(s) without further Order of the Court and shall proceed to Closing, which shall occur as provided in section 9.A above, so long as such closing can occur prior to May 31, 2017.

C. The Seller shall be entitled to retain the Good Faith Deposit (as supplemented) of any Successful Bidder who fails to close because of a breach or failure by such Successful Bidder and such Good Faith Deposit shall be deemed forfeited by such defaulting Successful Bidder, shall not be credited against the purchase price for the benefit of a Back-up Bidder, and Seller specifically reserves the right to seek all available damages from the defaulting Bidder.

D. The balance of the purchase price shall be paid by the Successful Bidder(s) by wire transfer by wire transfer in accordance with wire instructions provided by A&G Realty at the Closing.

E. With respect to an approved sale of Leases, at the Closing, all undisputed cure amounts shall be paid to the Lease Counterparty. Disputed cure amounts shall be adjudicated by the Court, but an amount equal to the Cure Claim shall be escrowed at the Closing.

10. Other Provisions

   A. <u>Disclaimer</u>

      (i) Any sale or other disposition of all or a portion of the Leases shall be without representations or warranties of any kind, nature or description by the Seller, its agents or representatives. The Leases shall be transferred on an "as is" and "where is" basis.

      (ii) Any and all Data provided to prospective Bidders:

         a. has been prepared for informational purposes only; and

         b. is being furnished solely for use by Bidders in considering their interest in acquiring the Leases.

      (iii) By accepting Data from the Seller and/or A&G Realty, the recipient acknowledges and agrees that the Data has been prepared to assist the recipient in making its own evaluation of the Leases and the Data does not purport to be all inclusive or to contain all of the information that a Bidder may desire. In all cases, Bidders should conduct their own investigation and analysis of the Leases, conduct site inspections, and scrutinize all of the Data. A&G Realty has assumed no responsibility for independent

- 20 -

#43424082 v3

verification of any of the Data and has not in fact in any way audited such information. Seller and A&G Realty are not making nor will they make and expressly disclaim making any written or oral statements, representations, warranties, promises or guarantees, whether express, implied or by operation of law or otherwise, with respect to the Leases and with respect to the accuracy, reliability or completeness of any Data, except as expressly stated in a contract executed by Seller. Seller and A&G Realty and their respective partners, officers, directors and employees, affiliates and representatives, expressly disclaim any and all liability based on or relating or pertaining to any written or oral statements, financial information, projections, representations, warranties, promises or guarantees, whether express, implied or by operation of law or otherwise.

(iv) Each Bidder, by submitting a Bid for the Leases an, shall be deemed to acknowledge and represent:

a. that it is bound by these Bidding Procedures;

b. that it had an opportunity to inspect and examine the Leases and to review all pertinent documents and information with respect to the Leases prior to making its offer and that it relied solely on that review and upon its own investigation and inspection of the Leases in making its Bid; and

c. that it is not relying upon any written or oral statements, representations, or warranties of the Seller, or the Seller's agents or representatives.

B. All of the Seller's right, title and interest in and to the Leases shall be assigned and sold, pursuant to sections 363(f) and (m) of the Bankruptcy Code, free and clear of all liens, claims, encumbrances and security interests, which shall attach to the net proceeds received by the Seller as a result of the sale with the same force and effect that they now have, subject to further Order of the Court.

C. Except to the extent of the applicability of section 1146(c) of the Bankruptcy Code, all sales, transfer and recording taxes, stamp taxes or similar taxes, if any, relating to the sale of one or more Leases shall be the sole responsibility of the Successful Bidder(s) and shall be paid to the Seller at the Closing.

D. The Seller, at or before the Auction, may impose such other and additional terms and conditions as it may determine to be in the best interests of the Seller, the Seller's bankruptcy estate, and creditors.

E. The Seller may reject any Bid that it deems to be: (i) inadequate or insufficient; (ii) not in conformity with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules or these Bid Procedures; or (iii) contrary to the best interest of the Seller, the Seller's bankruptcy estates and creditors. Such rejection may be made at any time prior to Court Approval.

- 21 -

#43424082 v3

F.    Any and all disputes related or pertaining to or resulting or arising from the marketing process, the Auction, the sale of the Leases, and/or the conduct of the Seller, A&G Realty and/or any of Seller's other professional advisors shall be adjudicated solely by the Court. The submission of a Bid shall constitute an express consent by the Bidder to the exclusive jurisdiction of the Court for all such matters.

G.    <u>Notice</u>: Any correspondence or required notice shall be addressed as follows and shall be sent by overnight mail or electronic mail. Bidders, including Lease Counterparties that seek to submit Bids, shall be required to provide the Sellers with a valid e-mail address, and any Bidder agrees to consent to receive e-mail notice and correspondence in connection with these Bidding Procedures.