## Exhibit A

**Offer and Bidder Registration Form**

# OFFER AND BIDDER REGISTRATION FORM

Bidder, _____, hereby:

- Offers to buy the following Leases for the price set forth below, pursuant to this Offer & Bidder Registration Form and the terms and conditions of the accompanying executed Assignment Agreement,[4] and

- Seeks to become a Qualified Bidder pursuant to the terms and conditions of the Bidding Procedures.

Bidder hereby warrants and represents:

(a) Bidder offers to purchase the Leases listed on the attached Annex 1.

(b) Bidder understands that unless otherwise agreed to by Seller the sale must close on or before April 30, 2017.

(c) Bidder has received, reviewed, understands and agrees to abide by the terms and conditions of the Bidding Procedures.

(d) Bidder has received, reviewed and understands the terms and conditions of the standard form Assignment Agreement.

(e) Each bid along with any subsequent bid is irrevocable pursuant to the terms of the Bidding Procedures.

(f) Each bid is and shall be a good faith, bona fide, irrevocable offer to purchase one or more Leases on an all-cash, as-is, where-is basis, with no contingencies.

(g) Bidder had an opportunity to inspect and examine the Leases and to review all other pertinent documents with respect to the Leases prior to making its bid and Bidder relied solely on that review and upon its own investigation and inspection of the Leases in making its bid. Bidder is not relying upon any written or oral statements, representations, or warranties of the Debtors, Debtors' counsel and/or A&G or any of Debtors' other agents or representatives.

(h) Bidder is either not represented by a broker seeking a commission, or if Bidder is represented by a broker, Bidder is wholly responsible for its broker's commission. Bidder hereby indemnifies and agrees to hold the Debtors and A&G harmless from claims of a broker seeking a commission based upon Bidder's bid.

---

[4] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Debtors' Motion for (I) an Order (A) Establishing Bid Procedures for the Sale of Certain Lease Assets, and (B) Granting Certain Related Relief and (II) an Order (A) Approving the Sale of Certain Lease Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (B) Granting Certain Related Relief (the "Motion") or the Bidding Procedures and the form of Assignment Agreement attached to the Motion.

(i) Bidder intends to operate the Leases listed in Annex 1 using the tradename: _____ (the "Tradename").

(j) Bidder currently operates ___ stores using the Tradename.

(k) Bidder's intended use of the premises complies completely with the use clause in the Leases listed in Annex 1, except as follows:

_____. (Attach additional pages as necessary)

(l) Bidder currently operates stores in shopping or strip centers owned and/or managed by the landlords of the Leases listed in Annex 1, except as follows:

_____. (Attach additional pages as necessary)

(m) Bidder consents to receive e-mail notice and correspondence in connection with this Bid.

   a. E-mail address: _____

(n) If needed to prove to the Bankruptcy Court that Bidder can provide "adequate assurance of future performance" (as required by the Bankruptcy Code), Bidder will make the following available to testify at the Sale Hearing:

   a. Name: _____

   b. Title: _____

## ANNEX 1

| Lease (including store number) | Bid Price |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |