IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> GENERAL WIRELESS OPERATIONS INC. DBA RADIOSHACK et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 17-10506 (BLS) <br> (Jointly Administered) <br><br> Re: Docket Nos. 205, 428 <br><br> Hearing Date: 4/24/17 10:30 a.m. (ET) <br> Objection Deadline: 4/21/17 4:00 p.m. (ET) |

## INITIAL BID REPORT FOR SALE OF LEASES AND/OR LEASE TERMINATION RIGHTS, AND NOTICE OF CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE** that on March 20, 2017, the above-captioned debtors and debtors in possession (collectively the "Debtors") filed the *Debtors' Motion for (I) an Order (A) Establishing Bid Procedures for the Sale of Certain Lease Assets, and (B) Granting Certain Related Relief and (II) an Order (A) Approving the Sale of Certain Lease Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests and (B) Granting Certain Related* [Docket No. 205].

**PLEASE TAKE FURTHER NOTICE** that on April 10, 2017, the United States Bankruptcy Court for the District of Delaware entered the *Order (I) Approving Bid and Sale Procedures with Respect to the Sale of Certain Lease Assets, (II) Approving Cure Procedures and Related Notice Procedures; (III) Scheduling an Auction and Sale Hearing and (IV) Granting Related Relief* [Docket No. 428] (the "Bidding Procedures Order")[2] in the above referenced chapter 11 cases of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file this Initial Bid Report pursuant to paragraph 8 of the Bidding Procedures Order. The Initial Bid Report, which states which Leases are the subject of a Bid, is attached hereto as **Exhibit A**, listed by Store Number. In the attached Exhibit, the term "LTA" refers to a proposed Lease Termination Agreement submitted by the affected landlord. The listing of any Bid on the Initial Bid Report does not reflect a determination by the Debtors to accept such Bid.

**PLEASE TAKE FURTHER NOTICE** that because the Debtors did not receive more than one Bid for any given Lease, the Auction scheduled for April 19, 2017 under the Bidding Procedures Order is cancelled.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: General Wireless Operations Inc. dba RadioShack (8040); General Wireless Holdings Inc. (4262); General Wireless Inc. (9245); General Wireless Customer Service Inc. (5813). The notice address for all of the Debtors is: 300 RadioShack Circle, Fort Worth, TX 76102-1964.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in Bidding Procedures Order.

#43595930 v2

Dated: April 18, 2017
Wilmington, Delaware

**PEPPER HAMILTON LLP**

/s/ Michael J. Custer
_____
David M. Fournier (DE 2812)
Michael J. Custer (DE 4843)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Tel: (302) 777-6500
Fax: (302) 421-8390
Email: fournierd@pepperlaw.com
       custerm@pepperlaw.com

-and-

**JONES DAY**
Scott J. Greenberg (admitted *pro hac vice*)
250 Vesey Street
New York, NY 10281-1047
Tel: (212) 326-3939
Fax: (212) 755-7306
Email: sgreenberg@jonesday.com

Mark A. Cody (admitted *pro hac vice*)
77 West Wacker
Chicago, IL 60601-1692
Tel: (312) 782-3939
Fax: (312) 782-8585
Email: macody@jonesday.com

*Attorneys for Debtors and Debtors-in-Possession*