# Exhibit A

# Initial Bid Report

#43595930 v2

Exhibit A
Initial Bid Report

| Store No. | Center Name | Address | Closing Date | Bid |
|---|---|---|---|---|
| 1111 | President Plaza | 225 Quincy Avenue Quincy, MA 02169 | Tranche 3 | LTA submitted by Landlord |
| 3118 | Escondido Blvd. Bldg. | 810 S. Escondido Blvd. Escondido, CA 92025 | Tranche 3 | LTA submitted by Landlord |
| 4521 | Illinois Center | 322 S. Illinois Ave. Oak Ridge, TN 37830 | Tranche 4 | LTA submitted by Landlord |
| 8255 | Town South Center | 103 N. Brentwood Dr. #700 Lufkin, TX 75904 | Tranche 3 | LTA submitted by Landlord |
| 9235 | Northgate Shopping Center | 9308 North Lamar Suite A Austin, TX 78753 | Tranche 3 | Third Party Bid submitted by AM PCS Incorporated |

\* The Debtors are in the process of negotiating additional lease termination agreements with landlords, which will be submitted to the Court when and as finalized.

Case 17-10506-BLS    Doc 476-1    Filed 04/18/17    Page 3 of 3

| | RadioShack Store # | Landlord Name / Address | Address of Subject Property |
|---|---|---|---|
| 1 | 1111 | LAPINCO INC<br>PRESIDENT PLAZA LP<br>C/O LAPINCO INCORPORATED<br>3270 BEAUDRY TERRACE<br>GLENDALE, CA 91208 | PRESIDENT PLAZA<br>225 QUINCY AVE<br>QUINCY, MA 02169 |
| 2 | 3118 | CARL R PINAMONTI<br>CARL R PINAMONTI<br>2244 S SANTE FE AVE, B-2<br><br>VISTA, CA 92084 | ESCONDIDO BLVD BLDG<br>810 S ESCONDIDO BLVD<br>ESCONDIDO, CA 92025 |
| 3 | 4521 | A & M ENTERPRISES, INC.<br>A & M ENTERPRISES, INC.<br>c/o Cappiello Real Estate<br>First Tennessee Plaza; 800 S Gay St, Suite 1405<br>Knoxville, TN 37929 | ILLINOIS CENTER<br>322 S ILLINOIS AVE<br>OAK RIDGE, TN 37830 |
| 4 | 8255 | 312 MGMT<br>ARD Lufkin Shopping Center LLC<br>C/O 312 MANAGEMENT<br>5918 LOVELL AVENUE<br>FORT WORTH, TX 76107 | TOWN SOUTH CENTER<br>103 N BRENTWOOD DR #700<br>LUFKIN, TX 75904 |
| 5 | 9235 | SALEEM - NORTHGATE, LLC<br>SALEEM - NORTHGATE, LLC<br>MANAGEMENT & LEASING<br>11331 N. LAMAR BOULEVARD, SUITE D2<br>AUSTIN, TX 78753 | NORTHGATE SHOPPING CTR<br>9308 NORTH LAMAR SUITE A<br>AUSTIN, TX 78753 |