## Exhibit B

Cure Amount: $5,295.49