# Exhibit A

#44312965 v1

**General Wireless Operations Inc. dba RadioShack, et al. Case No. 17-10506 (BLS)**
**Payments Made to Ordinary Course Professionals**
**For the Period: 3/8/17 - 6/30/17**

| Professional | Services Provided | Fees Invoiced for Month Ending 4/30/17 | Expenses Invoiced for Month Ending 4/30/17 | Fees Paid for Month Ending 4/30/17 | Expenses Paid for Month Ending 4/30/17 | Fees Invoiced for Month Ending 5/31/17 | Expenses Invoiced for Month Ending 5/31/17 | Fees Paid for Month Ending 5/31/17 | Expenses Paid for Month Ending 5/31/17 | Fees Invoiced for Month Ending 6/30/17 | Expenses Invoiced for Month Ending 6/30/17 | Fees Paid for Month Ending 6/30/17 | Expenses Paid for Month Ending 6/30/17 | Quarterly Total Paid to Professional |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reimer & Braunstein LLP* | General legal counsel on corporate matters, and ongoing litigations (NDW, Flipp, etc.) | $ 29,555.00 | $ 63.00 | $ - | $ - | $ 16,618.25 | $ 102.21 | $ - | $ - | $ 5,549.50 | $ 41.40 | $ - | $ - | $ 51,929.36 |
| Carmody Torrance Sandak & Hennessey LLP | Legal matters - Berjaya (plaintiff) | $ 9,360.00 | $ 10.00 | $ 5,520.00 | $ - | $ 13,260.00 | $ 7.06 | $ 13,260.00 | $ 7.06 | $ 21,870.00 | $ 8.41 | $ - | $ - | $ 18,787.06 |
| Joele Frank | PR Firm | $ - | $ - | $ - | $ - | 28,948.39 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| BDO | Auditor | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Jackson Walker LLP | Legal matters - NetSuite | $ 3,944.40 | $ - | $ 3,944.40 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,944.40 |
| Steven Kursh LLC | Expert Witness-NetSuite | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Monthly Totals** | | $ 42,859.40 | $ 73.00 | $ 9,464.40 | $ - | $ 58,826.64 | $ 109.27 | $ 13,260.00 | $ 7.06 | $ 27,419.50 | $ 49.81 | $ - | $ - | $ 74,660.82 |

*Fees and expenses have accrued as indicated, but not yet paid.

44827243v1