IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GENERAL WIRELESS OPERATIONS INC. DBA RADIOSHACK et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-10506 (BLS)<br><br>Jointly Administered |

### DECLARATION IN SUPPORT OF ORDINARY COURSE RETENTION

I, William R. Jenkins, Jr, declare under penalty of perjury as follows, pursuant to the provisions of 28 U.S.C. § 1746:

I am a member, partner or similar representative of the following company or firm (in each case, the "Firm"), which maintains offices at the address and phone number listed below:

Firm:   Jackson Walker, LLP

Address and Phone Number:  777 Main Street, Suite 2100, Fort Worth, Texas 76102.

This declaration is submitted in connection with an order of the United States Bankruptcy Court for the District of Delaware authorizing the above-captioned debtors (collectively, the "Debtors") to retain, nunc pro tunc as of the Petition Date (defined below), certain professionals in the ordinary course of business during the pendency of the Debtors' chapter 11 cases (the "Order"). Since March 8, 2017, (the "Petition Date"), the Debtors have requested that the

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: General Wireless Operations Inc. dba RadioShack (8040); General Wireless Holdings Inc. (4262); General Wireless Inc. (9245); General Wireless Customer Service Inc. (5813). The notice address for all of the Debtors is: 300 RadioShack Circle, Fort Worth, TX 76102-1964.

#44440727 v1

Firm provide services (or continue to provide services) to the Debtors, and the Firm has agreed to provide such services.

The Firm has performed services for the Debtors prior to the filing of these chapter 11 cases.

The Firm has read the Order and understands the limitations on compensation and reimbursement of expenses under the Order, including the requirement that an Ordinary Course Professional file a fee application under Section 330 and 331 of the Bankruptcy Code if such Ordinary Course Professional exceeds the OCP Fee Limit.

The Firm, through me, and other members, partners, associates or employees of the Firm, has provided, and/or plans to provide, the following services to the Debtors from and after the Petition Date: services related to representation of debtor in Cause No. 342-284951-16; *General Wireless Operations Inc. d/b/a RadioShack v. Netsuite, Inc.* pending in the 342nd District Court of Tarrant County, Texas. No such services will be related to these chapter 11 cases or the Debtors.

To the best of my knowledge, information and belief, formed after due inquiry: (i) except for the proposed retention of the Firm in these chapter 11 cases, the Firm does not currently provide services to any party in any matter related to these chapter 11 cases; and (ii) the Firm does not represent or hold an interest adverse to the Debtors.

Now or in the future, the Firm may provide services to certain creditors of the Debtors or other interested parties in matters unrelated to the Debtors, but in this regard, the Firm's work for these clients will not include the provision of services on any matters relating to the Debtors' chapter 11 cases.

#44440727 v1

The Firm is owed approximately $145,306.61 on account of services rendered and expenses incurred prior to the Petition Date in connection with the Firm's employment by the Debtors.

The Firm further states that it has not shared, has not agreed to share, nor will it agree to share, any compensation received in connection with these chapter 11 cases with any party or person except to the extent permitted by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, although such compensation may be shared with any member or partner of, or any person employed by, the Firm.

If, at any time during its employment by the Debtors, the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this declaration.

I, the undersigned, declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/9/17

By: _____
William R. Jenkins, Jr.

#44440727 v1